UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

------------------------------------------------------- X
Janet Smith, Debra Thorne, Sonja Lindley
and Pamela Kaberline, on behalf of
themselves and all others similarly situated,

        Plaintiffs,

    -against-                                  CASE NO.: 18-CV-03405-PAM-KMM

U.S. Bancorp, the Employee Benefits
Committee and John/Jane Does 1-5,

        Defendants.

------------------------------------------------------- X

## STIPULATION EXTENDING DEADLINE TO ANSWER PLAINTIFFS' COMPLAINT

The parties, by and through their undersigned attorneys, stipulate and agree to extend the time Defendants have to answer Plaintiffs' Complaint from July 11, 2019, to through and including July 26, 2019.

Respectfully submitted this 1st day of July, 2019.

/s/ *Melissa D. Hill*
Melissa D. Hill

Abbey M. Glenn (pro hac vice)
Sean K. McMahan (pro hac vice)
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
202-739-5569
Fax: 202-739-3001
Email: abbey.glenn@morganlewis.com
Email: sean.mcmahan@morganlewis.com

Melissa D Hill (pro hac vice)
**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY 10178
212-309-6000
Fax: 212-309-6001
Email: melissa.hill@morganlewis.com

Katherine A. Moerke (#312277))
Jon M. Woodruff (#399453))
**Stinson LLP**
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: 612.335.1500
Facsimile: 612-335-1657
katie.moerke@stinson.com
jon.woodruff@stinson.com

*Attorneys for U.S. Bancorp and the Employee Benefits Committee*

/s/ *Daniel E. Gustafson*
Daniel E. Gustafson

Daniel E. Gustafson (#202241)
Amanda M. Williams (#341691)
**GUSTAFSON GLUEK LLP**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600 Minneapolis, MN 55402
Telephone: 612-333-8844
Facsimile: 612-339-6622
Email: dgustafson@gustafsongluek.com Email: awilliams@gustafsongluek.com

Robert A. Izard (*pro hac vice*)
Mark P. Kindall (*pro hac vice*)
Douglas Needham (*pro hac vice*)
Seth R. Klein (*pro hac vice*)
**IZARD, KINDALL & RAABE LLP**
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: 860-493-6292
Facsimile: 860-493-6290
Email: rizard@ikrlaw.com
Email: mkindall@ikrlaw.com
Email: dneedham@ikrlaw.com
Email: sklein@ikrlaw.com

Gregory Y. Porter (pro hac vice forthcoming)
Mark G. Boyko (pro hac vice forthcoming)
**BAILEY & GLASSER LLP**
1054 31st Street, NW, Suite 230
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103
Email: gporter@baileyglasser.com
Email: mboyko@baileyglasser.com

*Attorneys for Plaintiffs*