UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Janet Smith, Debra Thorne, Sonja Lindley and Pamela Kaberline, on behalf of themselves and all others similarly situated,

    Plaintiffs,

 v.

U.S. Bancorp, the Employee Benefits Committee and John/Jane Does 1-5,

    Defendants.

Case No. 18-cv-03405-PAM-KMM

## **JOINT STIPULATION**

Defendants U.S. Bancorp and the Employee Benefits Committee ("Defendants") and Plaintiffs (collectively, the "Parties") hereby enter into this Joint Stipulation and stipulate as follows:

On December 14, 2018, Plaintiffs filed a Class Action Complaint against Defendants. (Doc. 1.) Defendants moved to dismiss the Class Action Complaint. (Doc. 22.) On June 27, 2019, the Court denied Defendants' Motion to Dismiss the Class Action Complaint. (Doc. 37.) On July 26, 2019, Defendants filed their Answer to Plaintiffs' Class Action Complaint. (Doc. 41.)

On August 27, 2019, the Court entered a Pretrial Scheduling Order. (Doc. 48.) This Order set November 1, 2019 as the deadline to move for joinder of additional parties and amendment of pleadings. (*Id.*)

Plaintiffs have expressed the intent to seek leave to file an Amended Complaint to, among other things, add as defendants members of the Employee Benefits Committee or other U.S. Bancorp committees as additional alleged fiduciaries to the Plan.  Defendants oppose Plaintiffs' anticipated request to add as defendants members of the Employee Benefits Committee or other U.S. Bancorp committees.

THEREFORE, to avoid any dispute about the propriety or need for Plaintiffs to add as defendants members of the Employee Benefits Committee or other U.S. Bancorp committees, and for purposes of this case only, it is hereby stipulated, by and between Plaintiffs and Defendants, through their undersigned attorneys, as follows:

1.      Plaintiffs will not name as defendants in this action any current or former U.S. Bancorp board members, trustees, officers, committee members, or employees.

2.      To the extent any current or former U.S. Bancorp board member, trustees, officers, committee members, or employees would have been liable for breach of fiduciary duty under ERISA, 29 U.S.C. §§ 1132 and 1109, for the claims alleged in the operative complaint, and those ERISA fiduciary breach claims that may be alleged in a subsequently amended complaint accepted by the Court under the Federal Rules of Civil Procedure, in this lawsuit for conduct between December 14, 2012 through a date determined by the Court as the end of the putative class period, U.S. Bancorp shall assume and be responsible for such liability.  U.S. Bancorp's assumption of liability in this stipulation shall be limited to current or former board members, trustees, officers, committee members, or employees of U.S. Bancorp.  In making this stipulation, U.S. Bancorp does not concede that any current or former board members, trustees, officers,

committee members, or employees engaged in any fiduciary activities or had any fiduciary responsibilities.

3. U.S. Bancorp agrees that it will voluntarily make any current U.S. Bancorp employee involved in the administration of the Plan available for deposition if requested by Plaintiffs as if the individual was a party in the action.

4. This stipulation is expressly entered into by the Parties to avoid Plaintiffs from having to name as defendants in this action any current or former U.S. Bancorp board members, trustees, officers, committee members, or employees, and shall not foreclose Plaintiffs from seeking to amend the operative complaint for any other purpose, including to add claims based on responsive information later disclosed by Defendants in this litigation. Defendants reserve all rights to object to and oppose any such efforts to amend the operative complaint.

5. A Proposed Order is attached hereto.

**IT IS SO STIPULATED AND APPROVED.**

DATED: November 8, 2019 /s/ *Melissa D. Hill*
Melissa D Hill (pro hac vice)
**Morgan, Lewis & Bockius LLP**
101 Park Avenue
New York, NY 10178
212-309-6000
Fax: 212-309-6001
Email: melissa.hill@morganlewis.com

Abbey M. Glenn (pro hac vice)
Sean K. McMahan (pro hac vice)
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
202-739-5569

                                                 Fax: 202-739-3001
                                                 Email: abbey.glenn@morganlewis.com
                                                 Email: sean.mcmahan@morganlewis.com

                                               Katherine A. Moerke (#312277))
                                               Jon M. Woodruff (#399453))
                                             **Stinson LLP**
                                             50 South Sixth Street, Suite 2600
                                             Minneapolis, MN 55402
                                             Telephone: 612.335.1500
                                             Facsimile: 612-335-1657
                                             katie.moerke@stinson.com
                                             jon.woodruff@stinson.com

                                             *Attorneys for Defendants U.S. Bancorp and the Employee Benefits Committee*

DATED:  November 8, 2019        */s/ Mark P. Kindall*
                                             Mark P. Kindall
                                             Robert A. Izard (*pro hac vice*)
                                             Douglas Needham (*pro hac vice*)
                                             Seth R. Klein (*pro hac vice*)
                                             **IZARD, KINDALL & RAABE LLP**
                                             29 South Main Street, Suite 305
                                             West Hartford, CT 06107
                                             Telephone: 860-493-6292
                                             Facsimile: 860-493-6290
                                             Email: rizard@ikrlaw.com
                                             Email: mkindall@ikrlaw.com
                                             Email: dneedham@ikrlaw.com
                                             Email: sklein@ikrlaw.com

                                             Gregory Y. Porter (pro hac vice)
                                             Mark G. Boyko (pro hac vice)
                                             **BAILEY & GLASSER LLP**
                                             1054 31st Street, NW, Suite 230
                                             Washington, DC 20007
                                             Telephone: (202) 463-2101
                                             Facsimile: (202) 463-2103
                                             Email: gporter@baileyglasser.com
                                             Email: mboyko@baileyglasser.com

                                             Daniel E. Gustafson (#202241)

Amanda M. Williams (#341691)
**GUSTAFSON GLUEK LLP**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: 612-333-8844
Facsimile: 612-339-6622
Email: dgustafson@gustafsongluek.com
Email: awilliams@gustafsongluek.com

*Attorneys for Plaintiffs*