# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Janet Smith, Debra Thorne, Sonja Lindley and Pamela Kaberline, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Bancorp, the Employee Benefits Committee and John/Jane Does 1-5,<br><br>Defendants. | Case No. 18-cv-3405-PAM-KMM |

## ORDER APPROVING JOINT STIPULATION

The Joint Stipulation between Plaintiffs Janet Smith, Debra Thorne, Sonja, Lindley and Pamela Kaberline, on behalf of themselves and all others similarly situated (collectively, "Plaintiffs"), and Defendants U.S. Bancorp and the Employee Benefits Committee (collectively, "Defendants") (ECF No. 59), is hereby **APPROVED**.

**IT IS SO ORDERED.**

Date: November 8, 2019

*s/Katherine Menendez*
Katherine Menendez
United States Magistrate Judge