UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Debra Thorne, Sonja Lindley, Pamela Kaberline, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>U.S. Bancorp, the Employee Benefits Committee, John/Jane Does 1-5,<br><br>          Defendants. | Civ. No. 18-3405 (PAM/KMM)<br><br><br><br><br><br>**ORDER** |

This matter is before the Court on the parties' Stipulation of Dismissal with prejudice. (Docket No. 163.)

Accordingly, **IT IS HEREBY ORDERED that** this matter is **DISMISSED with prejudice** and without attorney's fees or costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  Tuesday, September 7, 2021

                                        *s/ Paul A. Magnuson*
                                        Paul A. Magnuson
                                        United States District Court Judge