# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Debra Thorne, Sonja Lindley, Pamela Kaberline, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number: 18-cv-3405-PAM-KMM |
| U.S. Bancorp, the Employee Benefits Committee, John/Jane Does 1-5, | |
| Defendants. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

This matter is **DISMISSED with prejudice** and without attorney's fees or costs to any party.

Date: 9/7/2021                                                                                                   KATE M. FOGARTY, CLERK